333 A.2d 786
COMMONWEALTH of Pennsylvania
v.
COCHRAN et al. (two cases).

Supreme Court of Pennsylvania.
Feb. 24, 1975.

ORDER IN NOS. 527 AND 544, APRIL TERM, 1975.

PER CURIAM.

And now to wit this 24th day of February, 1975, it is hereby ordered and decreed that allocatur in the above-captioned matters is granted limited to the issue of the denial of the right to a counseled appeal, and the cases are remanded to the trial court for an evidentiary hearing in accordance with the Act of January 25, 1966, P.L. (1965) 1580, § 9, 19 P.S. § 1180–9, to determine whether petitioners knowingly and intelligently waived this right. See *Commonwealth v. Wilson*, 430 Pa. 1, 241 A.2d 760 (1968).

It is so ordered.